UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          Case Number: 2:18-po-00182-CKD

v.          **JUDGMENT IN CRIMINAL CASE**

**RICHARD L. TOWNSEND**

Defendant pleaded guilty, is adjudged guilty and convicted of the following offenses:

| Charge(s) Defendant Convicted of: | Nature of Charges: |
|---|---|
| 38 U.S.C. §901 and 38 C.F.R § 1.218(b)(4) | Willful Destruction, Damage, or Removal of Government Property Without Authorization |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PROBATION** for a term of 1 year court probation. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the U.S. Attorney's Office within seventy-two hours of being arrested; and within 10 days of changing his address;
☒ You shall pay a fine of $250.00 and a special assessment of $10.00, for a total financial obligation of $260.00, which shall as follows: The special assessment shall be paid within 2 weeks and the fine shall be paid within 6 months.

☒ Other: The Defendant's probation shall expire prior to the 1year term and immediately upon the Defendant's payment of all financial obligations, as stated above.

☐ **PAY** a fine in the amount of $ , a special assessment of $0 and a $0 processing fee for a total financial obligation of $0 due immediately or no later than .

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a REVIEW HEARING on _ at _ and ORDERED TO file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

Your check or money order <u>must</u> indicate <u>your name and case number</u> shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

DATED: 8/16/2018          */s/ Carolyn K. Delaney*

         **Carolyn K. Delaney**
         United States Magistrate Judge

CRD Initials: JCS